# UNITED STATES DISTRICT COURT
for
## NORTHERN DISTRICT OF CALIFORNIA
Oakland Venue

FILED

JUL 31 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## Report on Offender Under Supervision

Name of Offender:        Samantha Lynn Leilani Lee         Docket No.:  CR 07-0427 SBA

Name of Sentencing Judge:   John A. Houston
                             United States District Judge

Date of Original Sentence:    November 7, 2006

Original Offense:
Count One: Bringing in Illegal Aliens without Presentation and Aiding and Abetting, 8 U.S.C. § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2, a Class C felony

Original Sentence: Time served and 3 years supervised release
Special Conditions: Special assessment waived; home confinement with electronic monitoring 4 months; drug/alcohol treatment; search; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; not have contact with illegal aliens or alien smugglers; not enter or reside in the Republic of Mexico without authorization of the Court or probation officer; report all vehicles owned or operated; not to associate with undocumented aliens or smugglers; complete GED.

On June 26, 2007, the offender's case was transferred from the Southern District of California to the Northern District of California.

Type of Supervision: Supervised Release          Date Supervision Commenced: November 7, 2006
Assistant U.S. Attorney: Unassigned                         Defense Counsel: Unassigned (AFPD)

NDC-SUPV-FORM 12A 03/23/05

## Petitioning the Court to Take Judicial Notice

### Cause

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated standard condition number seven that she refrain from the use of a controlled substance. |

> On May 30, 2007, and May 31, 2007, the offender submitted to urinalysis testing at Sharper Future in Hayward, California. On both dates, the offender tested positive for THC in the presumptive test. On June 1, 2007, the offender called me and indicated that she used marijuana during that week. Both urine tests came back negative for THC.

| | |
|---|---|
| Two | There is probable cause to believe that the offender violated the special condition that she participate in a drug treatment program that includes testing. |

> On May 26, 2007, the offender failed to appear for urinalysis testing at Sharper Future in Hayward, California. Evidence in support of this charge is the Monthly Treatment Report for May 2007, from Sharper Future.

### Action Taken and Reason

This officer met with the offender on June 5, 2007, to discuss her violation conduct. Ms. Lee admitted to violating her conditions of supervision by using marijuana, and she expressed remorse for her actions. She was admonished for her behavior and restarted in the drug treatment and testing program at Sharper Future in Hayward, California. Ms. Lee currently works two part-time jobs and is attending school to obtain her GED. The undersigned respectfully requests that the Court take judicial notice and no further action at this time.

Assistant U.S. Attorney Chinayi Coleman has been notified and there are no objections.

Address of offender:        17735 Redwood Rd
                            Castro Valley, CA 94546

NDC-SUPV-FORM 12A 03/23/05

Respectfully submitted,                          Reviewed by:

_____                        _____
Nicole M. Fairchild                              Robert E. Tenney
U.S. Probation Officer                           Supervisory U.S. Probation Officer

Date Signed:  July 13, 2007

---

THE COURT ORDERS:
☑ The Court concurs and takes judicial notice
☐ Submit a request to modify supervision
☐ Submit a request for warrant
☐ Submit a request for summons
☐ Other:

_7/31/07_____                        _____
Date                                             Saundra Brown Armstrong
                                                 United States District Judge