# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

**FILED**

**AUG 2 0 2007**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

August 15, 2007

PHILLIP BURTON UNITED STATES
 COURTHOUSE, 16TH FLOOR
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102-3434

**Transfer of Jurisdiction**

CR07-427-SBA

Our Case #:   06cr1593-JAH-001
Re:           Samantha Lynn Leiloni Lee

Dear Clerk of the Court:

Enclosed please find the following documents:

   Certified copy of Transfer of Jurisdiction
   Certified copy of indictment, information or complaint
   Certified copy of Judgment
   Certified copy of docket sheet
   Certified copy of any OSC's

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: _____S/T. Lee_____
, Deputy Clerk

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 06-CR-1593-001-JAH |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | CR 07-00427 SBA |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Samantha Lynn Leiloni LEE<br>17735 Redwood Road<br>Castro Valley, CA 94546 | Southern California | San Diego |
| | NAME OF SENTENCING JUDGE<br>John A. Houston | |
| | DATES OF SUPERVISED RELEASE | FROM 11/07/06  TO 11/06/09 |

**OFFENSE**

8 U.S.C. § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2, Bringing in Illegal Aliens without Presentation and Aiding and Abetting, a Class C felony

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN</u> DISTRICT OF <u>CALIFORNIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_6-8-07_ _____ John A. Houston
Date                U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named Supervised Releasee be accepted and assumed by this Court from and after the entry of this order.

_June 26, 2007_ _____
Effective Date        United States District Judge

cmd/cmd



FILED
JUL 13 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 06CR1593-JAH |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 8, U.S.C., |
| SAMANTHA LYNN LEILONI LEE (1), ) JENNIFER LYNN SOWIAK (2), ) | Sec. 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| Defendants. ) | |

On or about June 28, 2006, within the Southern District of California, defendants SAMANTHA LYNN LEILONI LEE and JENNIFER LYNN SOWIAK, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Claudia Rojas-Gutierrez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2.

DATED: 7-13-06.

CAROL C. LAM
United States Attorney

L. MARCEL STEWART
Assistant U.S. Attorney

★AO 245B   (Rev. 9/00) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| SAMANTHA LYNNLEILONI LEE | Case Number: 06CR1593-JAH-01 |
| | Gregory D. Obenauer |
| | Defendant's Attorney |

REGISTRATION NO. 99675198

☐

THE DEFENDANT:
☒ pleaded guilty to count(s)    One-count information.
☐ was found guilty on count(s) _____
after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 8 USC 1324(a)(2)(B)(iii) & 18 USC 2 | BRINGING IN ILLEGAL ALIENS WITHOUT PRESENTATION AND AIDING AND ABETTING | 1 |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____
☐ Count(s) _____ is ☐ are ☐ dismissed on the motion of the United States.

☒ Assessment: $100.00 waived.

☒ No fine     ☐ Property forfeited pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

November 7, 2006
Date of Imposition of Sentence

HON. JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

Entered Date:

06CR1593-JAH-01

AO 245B   (Rev. 9/00) Judgment in Criminal Case
Sheet 2 — Imprisonment

DEFENDANT: SAMANTHA LYNNLEILONI LEE
CASE NUMBER: 06CR1593-JAH-01

Judgment — Page __2__ of __4__

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of TIME SERVED.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____.
   as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before _____
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

06CR1593-JAH-01

AO 245B   (Rev. 9/00) Judgment in a Criminal Case
Sheet 3 — Supervised Release

DEFENDANT: SAMANTHA LYNNLEILONI LEE                              Judgment—Page 3 of 4
CASE NUMBER: 06CR1593-JAH-01

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:
THREE (3) YEARS.

## MANDATORY CONDITIONS

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.
The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.
The defendant shall cooperate as directed in the collection of a DNA sample, pursuant to 18 USC 3583(d).
*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter. Testing requirements will not exceed submission of more than ___4___ drug tests per month during the term of supervision, unless otherwise ordered by court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court. The defendant shall also comply with any special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 9/00) Judgment in a Criminal Case
Sheet 3 — Continued 2 — Supervised Release

DEFENDANT: SAMANTHA LYNNLEILONI LEE
CASE NUMBER: 06CR1593-JAH-01

Judgment—Page __4__ of __4__

## SPECIAL CONDITIONS OF SUPERVISION

[x] Not possess any firearm, explosive device or other dangerous weapon.

[x] Submit to a search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer.

[ ] The defendant shall violate no laws, federal, state and local, minor traffic excepted.

[ ] If deported, excluded, or allowed to voluntarily return to country of origin, not reenter the United States illegally and report to the probation officer within 24 hours of any reentry to the United States; supervision waived upon deportation, exclusion, or voluntary departure.

[ ] Not transport, harbor, or assist undocumented aliens.

[x] Not associate with undocumented aliens or alien smugglers.

[ ] Not reenter the United States illegally.

[x] Not enter or reside in the Republic of Mexico without written permission of the Court or probation officer.

[x] Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

[ ] Not possess any narcotic drug or controlled substance without a lawful medical prescription.

[ ] Not associate with known users of, smugglers of, or dealers in narcotics, controlled substances, or dangerous drugs in any form.

[ ] Participate in a program of mental health treatment as directed by the probation officer, take all medications as prescribed by a psychiatrist/physician, and not discontinue any medication without permission. The Court authorizes the release of the presentence report and available psychological evaluations to the mental health provider, as approved by the probation officer. The defendant may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

[ ] Take no medication containing a controlled substance without valid medical prescription, and provide proof of prescription to the probation officer, if directed.

[ ] Participate in a mental health treatment program as directed by the probation office.

[ ] Provide complete disclosure of personal and business financial records to the probation officer as requested.

[ ] Be prohibited from opening checking accounts or incurring new credit charges or opening additional lines of credit without approval of the probation officer.

[ ] Seek and maintain full time employment and/or schooling or a combination of both.

[ ] Resolve all outstanding warrants within _____ days.

[x] Complete a program to obtain a General Education Diploma during the supervisory period.

[ ] Reside in a Community Corrections Center (CCC) as directed by the probation officer for a period of

[ ] Reside in a Community Corrections Center (CCC) as directed by the Bureau of Prisons for a period of commencing upon release from imprisonment.

[ ] Remain in your place of residence for a period of _____, except while working at verifiable employment, attending religious services or undergoing medical treatment.

[ ] Not engage in any form of telemarketing, as defined in 18 USC 2325, without the written permission of the probation officer.

[x] Comply with the conditions of the Home Confinement Program for a period of FOUR (4) MONTHS and remain at your residence except for activities or employment as approved by the court or probation officer. Wear an electronic monitoring device and follow procedures specified by the probation officer. Pay 50% of the costs of electronic monitoring services, or a portion if deemed appropriate by the probation officer.

[x] Participate in a program of drug or alcohol abuse treatment, including urinalysis testing and counseling, as directed by the probation officer. The defendant may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

06CR1593-JAH-01

♦AO 245B ₹ (Rev. 9/00) Judgment in a Criminal Case
Sheet 1

FILED

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

2006 DEC -4 AM 10: 47

CLERK US [...]
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| SAMANTHA LYNN LEILONI LEE | Case Number: 06CR1593-JAH-01 |
| | Gregory D. Obenauer |
| | Defendant's Attorney |

**REGISTRATION NO. 99675198**

[x] Correction for Clerical Mistake (defendant's name)

THE DEFENDANT:
[x] pleaded guilty to count(s)   One-count information.

[ ] was found guilty on count(s) _____
after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 8 USC 1324(a)(2)(B)(iii) & 18 USC 2 | BRINGING IN ILLEGAL ALIENS WITHOUT PRESENTATION AND AIDING AND ABETTING | 1 |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____

[ ] Count(s) _____ is [ ] are [ ] dismissed on the motion of the United States.

[x] Assessment: $100.00 waived.

[x] No fine            [ ] Property forfeited pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

November 7, 2006
Date of Imposition of Sentence

8/15/07

HON. JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

Entered Date:

06CR1593-JAH-01

AO 245B    (Rev. 9/00) Judgment in Criminal Case
Sheet 2 — Imprisonment

DEFENDANT: SAMANTHA LYNN LEILONI LEE
CASE NUMBER: 06CR1593-JAH-01

Judgment — Page __2__ of __4__

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of TIME SERVED.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____.
   as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before _____
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

06CR1593-JAH-01

AO 245B    (Rev. 9/00) Judgment in a Criminal Case
           Sheet 3 — Supervised Release

Judgment—Page 3 of 4

DEFENDANT: SAMANTHA LYNN LEILONI LEE
CASE NUMBER: 06CR1593-JAH-01

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:
THREE (3) YEARS.

## MANDATORY CONDITIONS

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.
The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.
The defendant shall cooperate as directed in the collection of a DNA sample, pursuant to 18 USC 3583(d).
*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter. Testing requirements will not exceed submission of more than    4    drug tests per month during the term of supervision, unless otherwise ordered by court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.
The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court. The defendant shall also comply with any special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B   (Rev. 9/00) Judgment in a Criminal Case
Sheet 3 — Continued 2 — Supervised Release

Judgment—Page __4__ of __4__

DEFENDANT: SAMANTHA LYNN LEILONI LEE
CASE NUMBER: 06CR1593-JAH-01

# SPECIAL CONDITIONS OF SUPERVISION

[x] Not possess any firearm, explosive device or other dangerous weapon.

[x] Submit to a search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer.

[ ] The defendant shall violate no laws, federal, state and local, minor traffic excepted.

[ ] If deported, excluded, or allowed to voluntarily return to country of origin, not reenter the United States illegally and report to the probation officer within 24 hours of any reentry to the United States; supervision waived upon deportation, exclusion, or voluntary departure.

[ ] Not transport, harbor, or assist undocumented aliens.

[x] Not associate with undocumented aliens or alien smugglers.

[ ] Not reenter the United States illegally.

[x] Not enter or reside in the Republic of Mexico without written permission of the Court or probation officer.

[x] Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

[ ] Not possess any narcotic drug or controlled substance without a lawful medical prescription.

[ ] Not associate with known users of, smugglers of, or dealers in narcotics, controlled substances, or dangerous drugs in any form.

[ ] Participate in a program of mental health treatment as directed by the probation officer, take all medications as prescribed by a psychiatrist/physician, and not discontinue any medication without permission. The Court authorizes the release of the presentence report and available psychological evaluations to the mental health provider, as approved by the probation officer. The defendant may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

[ ] Take no medication containing a controlled substance without valid medical prescription, and provide proof of prescription to the probation officer, if directed.

[ ] Participate in a mental health treatment program as directed by the probation office.

[ ] Provide complete disclosure of personal and business financial records to the probation officer as requested.

[ ] Be prohibited from opening checking accounts or incurring new credit charges or opening additional lines of credit without approval of the probation officer.

[ ] Seek and maintain full time employment and/or schooling or a combination of both.

[ ] Resolve all outstanding warrants within _____ days.

[x] Complete a program to obtain a General Education Diploma during the supervisory period.

[ ] Reside in a Community Corrections Center (CCC) as directed by the probation officer for a period of

[ ] Reside in a Community Corrections Center (CCC) as directed by the Bureau of Prisons for a period of _____ commencing upon release from imprisonment.

[ ] Remain in your place of residence for a period of _____, except while working at verifiable employment, attending religious services or undergoing medical treatment.

[ ] Not engage in any form of telemarketing, as defined in 18 USC 2325, without the written permission of the probation officer.

[x] Comply with the conditions of the Home Confinement Program for a period of FOUR (4) MONTHS and remain at your residence except for activities or employment as approved by the court or probation officer. Wear an electronic monitoring device and follow procedures specified by the probation officer. Pay 50% of the costs of electronic monitoring services, or a portion if deemed appropriate by the probation officer.

[x] Participate in a program of drug or alcohol abuse treatment, including urinalysis testing and counseling, as directed by the probation officer. The defendant may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

06CR1593-JAH-01

# U.S. District Court
## Southern District of California (San Diego)
## CRIMINAL DOCKET FOR CASE #: 3:06-cr-01593-JAH-1
## Internal Use Only

Case title: USA v. Lee
Magistrate judge case number: 3:06-mj-01244

Date Filed: 07/13/2006

Assigned to: Judge John A. Houston

**Defendant**

**Samantha Lynn Leiloni Lee** (1)    represented by    **Gregory D Obenauer**
Law Office of Gregory D Obenauer
1901 First Avenue
Suite 213
San Diego, CA 92101
(619)230-1523
Fax: (619)230-1540
Email: ausiedob@san.rr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

8/15/07

**Pending Counts**

8:1324(a)(2)(B)(iii); 18:2 -
Bringing in Illegal Aliens
Without Prensentation and
Aiding and Abetting
(1)

**Disposition**

Custody of the Bureau of
Prisons for TIME SERVED,
supervised release for
THREE (3) YEARS with
conditions. No fine. $100.00
penalty assessment waived.

|  | Appeal rights waived. |

**Highest Offense Level (Opening)**
Felony

**Terminated Counts**          **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                 **Disposition**
None

---

**Material Witness**

**Claudia Rojas-Gutierrez**     represented by **Marilyn B Gunner**
                                                Law Office of Marilyn B Gunner
                                                PO Box 605
                                                La Mesa, CA 91944-0605
                                                (619)461-8716
                                                Fax: (619)461-6795
                                                Email: mgunner@cox.net
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*
                                                *Designation: CJA Appointment*

---

**Plaintiff**

| | |
|---|---|
| **United States of America** | represented by **U S Attorney CR**<br>U S Attorneys Office Southern District of California<br>Criminal Division<br>880 Front Street<br>Room 6293<br>San Diego, CA 92101<br>(619)557-5610<br>Fax: (619)557-5917<br>Email: Efile.dkt.gc2@usdoj.gov<br>*TERMINATED: 09/01/2006*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Christopher Michael Alexander**<br>U S Attorneys Office Southern District of California<br>Criminal Division<br>880 Front Street<br>Room 6293<br>San Diego, CA 92101<br>(619)557-5610<br>Fax: (619)235-2757<br>Email: Christopher.M.Alexander@usdoj.gov<br><br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant United States Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/28/2006 | | DEFENDANT Samantha Lynn Leiloni Lee and Jennifer Lynn Sawiak arrested [ 3:06-m -1244 ] (smv) (Entered: 07/03/2006) |
| | | |

| | | |
|---|---|---|
| 06/30/2006 | 1 | COMPLAINT against defendant Samantha Lynn Leiloni Lee, defendant Jennifer Lynn Sawiak , signed by Magistrate Judge Leo S. Papas [ 3:06-m -1244 ] (tel) (Entered: 06/30/2006) |
| 06/30/2006 | 2 | Enter Order by Magistrate Judge Leo S. Papas: Specially appearing attorney Federal Defenders, Inc. for Dft Samantha Lynn Leiloni Lee (1), first appearance of Samantha Lynn Leiloni Lee (1) on cmp, Attorney Gregory D Obenauer appointed - not appearing , first appearance of Jennifer Lynn Sawiak (2) on cmp, Attorney Joseph Milchen - specially appearing , Dfts Samantha Lynn Leiloni Lee (1) and Jennifer Lynn Sawiak (2) informed of charges , $15,000 P/S bond set for Samantha Lynn Leiloni Lee (1) , $25,000 P/S bond set for Jennifer Lynn Sawiak (2) , adding Attorney Marilyn B Gunner appointed - not appearing for Material Witness Claudia Rojas-Gutierrez , M/W bail set at $5,000 P/S w/10 percent cash deposit, M/W must be able to legally remain in the U.S. with pretrial supervision as to Material Witness Claudia Rojas-Gutierrez (arr) , preliminary hrg set for 9:00 7/13/06 for Samantha Lynn Leiloni Lee (1) and for Jennifer Lynn Sawiak (2) before Mag Judge Roger McKee ; Court Reporter: LSP06-2:15-35;3:05-13 [ 3:06-m -1244 ] (smv) Modified on 07/03/2006 (Entered: 07/03/2006) |
| 06/30/2006 | 3 | ORDER by Magistrate Judge Leo S. Papas setting conditions of release for Samantha Lynn Leiloni Lee. Restrict travel to the Southern District of California, Northern District of California and do not enter Mexico. [ 3:06-m -1244 ] (jsp) (Entered: 07/10/2006) |
| 06/30/2006 | 5 | FINANCIAL AFFIDAVIT by defendant Samantha Lynn Leiloni Lee [ 3:06-m -1244 ] (jsp) (Entered: 07/10/2006) |
| 07/13/2006 | 6 | INFORMATION by USA . Samantha Lynn Leiloni |

|            |    |                                                                                                                                                                                                                                                                                                                                                                   |
|------------|----|---|
|            |    | Lee (1) count(s) 1, Jennifer Lynn Sawiak (2) count(s) 1 (jpp) (Entered: 07/17/2006) |
| 07/13/2006 | 7  | WAIVER of Indictment by defendant Samantha Lynn Leiloni Lee (jpp) (Entered: 07/17/2006) |
| 07/13/2006 | 9  | Minutes: Enter Order by Magistrate Judge Roger C. McKee ; dft Samantha Lynn Leiloni Lee, Jennifer Lynn Sawiak arraigned on the Information and plead not guilty ; disposition hearing is set for 9:00 7/26/06 for Samantha Lynn Leiloni Lee, for Jennifer Lynn Sawiak before Mag Judge James Stiven ; Tape No: RCM06-1:1940-3085 (jpp) (Entered: 07/17/2006) |
| 07/13/2006 | 10 | Joint Motion, STIPULATION and order by Magistrate Judge Roger C. McKee releasing material witness; material witness Claudia Rojas-Gutierrez released ; Abstract issued to USM (jpp) (Entered: 07/17/2006) |
| 07/17/2006 | 11 | NOTICE of hearing; on Court's own motion, disposition hearing is vacated and reset for 1:30 7/26/06 for Samantha Lynn Leiloni Lee before Mag Judge James Stiven (jpp) (Entered: 07/18/2006) |
| 07/17/2006 | 12 | NOTICE of hearing; on Court's own motion, disposition hearing is vacated and reset for 1:30 7/26/06 for Jennifer Lynn Sawiak before Mag Judge James Stiven (jpp) (Entered: 07/18/2006) |
| 07/20/2006 | 13 | NOTICE of hearing; on Court's ow motion, disposition hearing is vacated and reset for 9:00 8/3/06 for Samantha Lynn Leiloni Lee, for Jennifer Lynn Sawiak before Mag Judge Barbara Lynn Major ; acknowledgment next court date due 07/27/06 (jpp) (Entered: 07/20/2006) |
| 07/28/2006 | 16 | Ex Parte Application for extraordinary expenses: Investigator Fees, by defendant Samantha Lynn Leiloni Lee (gac) (Entered: 07/31/2006) |
| 08/01/2006 | 17 | ORDER by Judge John A. Houston as to defendant |

| | | |
|---|---|---|
| | | Samantha Lynn Leiloni Lee granting application for extraordinary expenses [16-1]; Alan Steven will be ordered for 10.5 hours/$577.50 over previously authorized initial nine hour amount. A copy of this order is to be forwarded to atty Obenauer. (rlr) (Entered: 08/01/2006) |
| 08/04/2006 | 18 | STIPULATION to continued disposition hrg from 8/3/06, until 8/10/06 at 9:00 as to defendant Samantha Lynn Leiloni Lee and Jennifer Sowiak (vet) Modified on 08/09/2006 (Entered: 08/04/2006) |
| 08/04/2006 | 19 | ORDER by Magistrate Judge Barbara L. Major as to defendant Samantha Lynn Leiloni Lee and Jennifer Sowiak; granting stipulation [18-1] to continue disposition hrg from 8/3/06 until 8/10/06 at 9:00 (vet) Modified on 08/09/2006 (Entered: 08/04/2006) |
| 08/04/2006 | | (Court only) Docket Modification (Utility Event) disposition hearing continued from 8/3/06 until 9:00 8/10/06 for Samantha Lynn Leiloni Lee before Mag Judge Barbara Lynn Major (vet) (Entered: 08/09/2006) |
| 08/04/2006 | | (Court only) Docket Modification (Utility Event) disposition hearing continued from 8/3/06 until 9:00 8/10/06 for Jennifer Lynn Sowiak before Mag Judge Barbara Lynn Major (vet) (Entered: 08/09/2006) |
| 08/10/2006 | 20 | CONSENT to plea before Magistrate Judge Barbara L. Major by Samantha Lynn Leiloni Lee (rlr) (Entered: 08/11/2006) |
| 08/10/2006 | 22 | FINDINGS and Recommendation by Magistrate Judge Barbara L. Major as to defendant Samantha Lynn Leiloni Lee :Recommending that the dist judge accept the dft's plea of guilty. Obj must be filed w/in 14 days of the date of this order. accept plea/PO rpt & sent set for 9:00 11/3/06 for Samantha Lynn Leiloni Lee before Judge John Houston (rlr) (Entered: |

| | | |
|---|---|---|
| - | | 08/11/2006) |
| 08/10/2006 | 25 | PLEA Agreement as to Samantha Lynn Leiloni Lee (rlr) (Entered: 08/11/2006) |
| 08/10/2006 | 26 | Minutes: Enter Order by Magistrate Judge Barbara L. Major: Filed plea agreement. Change of plea. DFT tenders a plea of guilty to cnt 1 of the information. Referred to probation for PSR. Accept plea/PO rpt and sent set for 11/3/06 at 9:00am before Judge John A. Houston as to Samantha Lynn Leiloni Lee, Jennifer Lynn Sowiak ; all pending motions - withdrawn; all pending dates vacated; Tape Number: Dft 1 BLM06-1:755-2020; Dft 2 BLM06-1:2020-3365 (rlr) (Entered: 08/14/2006) |
| 08/10/2006 | 27 | Minutes: Enter Order by Magistrate Judge Barbara L. Major X7 (proposed plea agreement) from 8/10/06 to 11/3/06 as to Samantha Lynn Leiloni Lee, Jennifer Lynn Sowiak , XT1 (continuance - dft tendered a guilty plea) from 8/10/06 to 11/3/06 as to Samantha Lynn Leiloni Lee, Jennifer Lynn Sowiak ; (rlr) (Entered: 08/14/2006) |
| 09/01/2006 | 28 | (Court only) Attorney Designation: Added attorney Andrew Lah for Jennifer Lynn Sowiak. Attorney Federal Defenders terminated. (jrl, ) (Entered: 09/04/2006) |
| 09/01/2006 | 29 | (Court only) Attorney Designation: Added attorney Christopher Michael Alexander for United States of America. Attorney U S Attorney CR terminated (acr) (Entered: 09/08/2006) |
| 10/13/2006 | ●30 | SENTENCING MEMORANDUM by Samantha Lynn Leiloni Lee (Obenauer, Gregory) (Entered: 10/13/2006) |
| 10/25/2006 | ● | NOTICE OF HEARING as to Defendants Samantha Lynn Leiloni Lee, Jennifer Lynn Sowiak. Accept Plea with P.O. Report set for 11/3/2006 09:00 AM in |

| | | |
|---|---|---|
| | | Courtroom 11 before Judge John A. Houston. (lwm, ) (Entered: 10/25/2006) |
| 11/01/2006 | 32 | NOTICE OF HEARING as to Defendant Samantha Lynn Leiloni Lee. Accept Plea with P.O. Report reset on Court's own motion to 11/7/2006 09:00 AM in Courtroom 11 before Judge John A. Houston. (lwm, ) (Entered: 11/01/2006) |
| 11/02/2006 | 33 | Sentencing Document: Sentence by Samantha Lynn Leiloni Lee (Attachments: # 1 Exhibit pleading# 2 Exhibit client letter# 3 Exhibit aunt letter# 4 Exhibit page 2)(Obenauer, Gregory) (Entered: 11/02/2006) |
| 11/02/2006 | 34 | Sentencing Document: Sentence by Samantha Lynn Leiloni Lee (Attachments: # 1 Exhibit pleading# 2 Exhibit client letter# 3 Exhibit aunt letter# 4 Exhibit page 2)(Obenauer, Gregory) (Entered: 11/02/2006) |
| 11/07/2006 | 36 | Minute Entry for proceedings held before Judge John A. Houston :Plea entered by Samantha Lynn Leiloni Lee (1) Guilty Count 1. Accept Plea with P.O. Report held on 11/7/2006 for Samantha Lynn Leiloni Lee (1). The Court accepts the guilty plea of the defendant to the one-count information. Count 1: Custody of the Bureau of Prisons for TIME SERVED, supervised release for THREE (3) YEARS with conditions. No fine. $100.00 penalty assessment waived. Appeal rights waived.. (Court Reporter Cameron Kircher). (Plaintiff Attorney Christopher M. Alexander, AUSA). (Defendant Attorney Gregory D. Obenauer). (lwm, ) Additional attachment(s) added on 11/14/2006 (jpp, ). (Entered: 11/08/2006) |
| 11/13/2006 | 38 | JUDGMENT as to Samantha Lynn Leiloni Lee (1), Count(s) 1, Custody of the Bureau of Prisons for TIME SERVED, supervised release for THREE (3) YEARS with conditions. No fine. $100.00 penalty assessment waived. Appeal rights waived. . Signed by Judge John A. Houston on 11/07/06. (jpp, ) (Entered: |

| | | |
|---|---|---|
| | | 11/14/2006) |
| 11/16/2006 | 39 | Judgment Returned Executed as to Samantha Lynn Leiloni Lee on 11/07/2006. (jpp, ) (Entered: 11/20/2006) |
| 11/20/2006 | 40 | Judgment Returned Executed as to Samantha Lynn Leiloni Lee on 11/16/06. (jpp, ) (Entered: 11/20/2006) |
| 12/04/2006 | 43 | AMENDED JUDGMENT (defendant's name) as to Samantha Lynn Leiloni Lee (1), Count(s) 1, Custody of the Bureau of Prisons for TIME SERVED, supervised release for THREE (3) YEARS with conditions. No fine. $100.00 penalty assessment waived. Appeal rights waived. . Signed by Judge John A. Houston on 11/07/06. (jpp, ) (Entered: 12/06/2006) |
| 12/07/2006 | 44 | Corrected Judgment Returned Executed as to Samantha Lynn Leiloni Lee, Jennifer Lynn Sowiak on 12/07/06. (jpp, ) (Entered: 12/07/2006) |