# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA
Oakland Venue



FILED

OCT 10 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**Request to Modify the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:     Samantha Lynn Leilani Lee     Docket No.: CR 07-0427 SBA

Name of Sentencing Judge:   John A. Houston
                            United States District Judge

Date of Original Sentence:   November 7, 2006

Original Offense:
Count One: Bringing in Illegal Aliens without Presentation and Aiding and Abetting, 8 U.S.C. § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2, a Class C felony

Original Sentence: Time served and 3 years supervised release
Special Conditions: Special assessment waived; home confinement with electronic monitoring 4 months; drug/alcohol treatment; search; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; not have contact with illegal aliens or alien smugglers; not enter or reside in the Republic of Mexico without authorization of the Court or probation officer; report all vehicles owned or operated; complete GED.

On June 26, 2007, the offender's case was transferred from the Southern District of California to the Northern District of California.

Prior form(s) 12:
On July 31, 2007, the Court took judicial notice that the offender violated her conditions of supervised release by using marijuana and failing to report for urinalysis testing.

Type of Supervision: Supervised Release     Date Supervision Commenced: November 7, 2006
Assistant U.S. Attorney: Unassigned          Defense Counsel: Unassigned (AFPD)

NDC-SUPV-FORM 12A 03/23/05

**Petitioning the Court**

To modify the conditions of supervision as follows:

> The defendant shall participate in the Home Confinement with Electronic Monitoring Program by way of an established curfew and shall abide by all the requirements of the program for a period of up to 60 days. The defendant shall pay the cost of monitoring at the prevailing rate unless it is determined by the probation officer that s/he has an inability to pay. A co-payment amount will then be determined by the probation officer. The defendant is restricted to his/her residence at all times except for activities which have been pre-approved by the probation officer, including employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearnces, or court ordered obligations. During the term of home confinement, the defendant shall abstain from the use of alcohol and shall submit to drug or alcohol testing as directed by the probation officer.

**Cause**

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated standard condition number seven that she refrain from the use of a controlled substance. |

> On August 30, 2007, the offender submitted to urinalysis testing at Sharper Future in Hayward, California, and tested positive for THC in the presumptive test. On September 14, 2007, the offender reported to the probation office in Oakland, California, and admitted to me that she used marijuana approximately three weeks prior. The urine test came back negative for THC.

I met with the offender on September 14, 2007, to discuss her violation conduct. Ms. Lee admitted to violating her conditions of supervision by using marijuana with her father, who has a medical marijuana card. Ms. Lee was admonished for her behavior and she expressed remorse for her actions. She was referred to group counseling and restarted in the drug testing program. The offender has agreed to be placed on home confinement with electronic monitoring for her violation conduct. She has been informed that if she continues to violate her conditions of supervision, she will be returned to court.

NDC-SUPV-FORM 12A 03/23/05

Samantha Lynn Lee                                                                                     Page 3
CR CR 07-0427 SBA

Assistant U.S. Attorney Shashi Kewalramani and Defense Counsel Joyce Leavitt have been notified and there are no objections.

Address of offender:      17735 Redwood Rd
                          Castro Valley, CA 94546

Respectfully submitted,                               Reviewed by:

_____                       _____
Nicole M. Fairchild                                   Robert E. Tenney
U.S. Probation Officer                                Supervisory U.S. Probation Officer

Date Signed: October 2, 2007

---

THE COURT ORDERS:
☑ To modify the conditions of supervision as follows:
   The defendant shall participate in the Home Confinement with Electronic Monitoring Program by way of an established curfew and shall abide by all the requirements of the program for a period of up to 60 days. The defendant shall pay the cost of monitoring at the prevailing rate unless it is determined by the probation officer that s/he has an inability to pay. A co-payment amount will then be determined by the probation officer. The defendant is restricted to his/her residence at all times except for activities which have been pre-approved by the probation officer, including employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearnces, or court ordered obligations. During the term of home confinement, the defendant shall abstain from the use of alcohol and shall submit to drug or alcohol testing as directed by the probation officer.
☐ Submit a request for warrant
☐ Submit a request for summons
☐ Other:

10/10/07                                              _____
Date                                                  Saundra Brown Armstrong
                                                      United States District Judge

NDC-SUPV-FORM 12A 03/23/05